### No. 66

No. 18268. MARIE DE GROODT, Admr., v. RADE SKRBINA, Admr.

For Statement of Filing, see 2 Abs. 4

Sherman DeGroodt, under contract with the City of Youngstown, paved Oakland avenue; to protect the new pavement from travel he constructed a barricade at the intersection of Oakland avenue and Seneca street, using a steamshovel and dump-wagon. The dump-wagon was placed crosswise of the street and secured to the steamshovel by a wire cable. One morning the wagon was removed from the barricade by persons unknown and moved down the street. The decedent of plaintiff, Velemir Skrbina, a boy of five years, with some companions, began to propel the wagon down the street, Skrbina having hold of the tongue and others pushing behind. The wagon got beyond control and Skrina was run over and killed.

The plaintiff brought his action under the so-called "Attractive Nuisance" theory, claiming that inasmuch as the alleged attractive nuisance was on a public highway and not on private ground, a cause of action was stated. The trial court charged the jury on this theory, and a verdict for the plaintiff in the sum of $1200.00 was entered. The Court of Appeals affirmed the judgment without opinion.

The contention of defendant in error—that is plaintiff in error in the Supreme Court— is that under analogous decisions of our courts the "Attractive Nuisance" theory is not a basis for liability even though the alleged "Attractive Nuisance" be situated on a public highway.

# The New Laning Ohio Criminal Law

## PRACTICE AND PROCEDURE

Based on the General Code and Including All Amendments and Judicial Construction

Prepared by J. F. Laning, and a Corps of Able Assistants

The popularity of the Author's former, out of print, volume on Criminal Law and the great demand there is for the new, up-to-date publication upon which he has been working much of his time for several years, has led to this publication.

OUT NOT LATER THAN JULY, 1924

Further Announcement Will be Made Later In The Abstract